## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

OLE JAMES SWANSON,

     Plaintiff,

v.                                                                        Case No. 5:21-cv-203-TKW-MJF

KILOLO KIJAKAZI,

     Defendant.

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the Commissioner's decision should be reversed and that this case should be remanded for further proceedings.  The Court also agrees with the magistrate judge's determination that Plaintiff is not entitled to a de novo hearing before a different ALJ simply because the statute limiting the President's authority to remove the Commissioner without cause is likely unconstitutional based on *Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S.Ct. 2183 (2020), and its progeny.  *See Platt v. Comm'r of Soc. Sec.*, 2022 WL 621974, at *6 (S.D.N.Y. Mar. 3, 2022) (collecting cases rejecting similar arguments).

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      The Commissioner's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) to conduct further proceedings in accordance with this Order; and

3.      The Clerk shall close this case file.

**DONE and ORDERED** this 16th day of May, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**