UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**OLE JAMES SWANSON,**

    **Plaintiff,**

**v.**                                                        **Case No. 5:21cv203-TKW-MJF**

**MARTIN O'MALLEY,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 21). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's recommended disposition of Plaintiff's motion for attorney's fees under 42 U.S.C. §406(b). Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's unopposed motion for attorney's fees (Doc. 19) is GRANTED, and Plaintiff is awarded $27,659.68 in attorney's fees under 42 U.S.C. §406(a).

3.	This fee award is subject to a dollar-for-dollar offset of the previously awarded EAJA fee of $7,182.67, *see* Doc. 16, 17, and that amount must returned to Plaintiff by counsel.

**DONE AND ORDERED** this 6th day of December, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**